UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| In The Matter Of: | ) | |
| --- | --- | --- |
| | ) | Case Number 24-20868-rdb |
| Jacob B. M. Jones | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| | ) | |
| AmeriHome Mortgage Company, LLC | ) | |
| | ) | |
| Creditor, | ) | |

## NOTICE OF TRANSFER OF SERVICING AND CLAIM

**PLEASE TAKE NOTICE** that the servicing of the mortgage loan represented by the Proof of Claim #18 filed on October 30, 2024 in the amount of $227,903.20, by AmeriHome Mortgage Company, LLC, Transferor, with an address of Cenlar FSB, Attn: BK Department; 425 Phillips Blvd., Ewing NJ 08618 has been transferred to ServiceMac, LLC, Transferee (Loan Number XXXXXX8129).

Chapter 13 Trustee payments and regular monthly payments should be sent to the following:

ServiceMac, LLC

PO Box 100077

Duluth, GA 30096

1                                                      MS 223015.446895

Exhibit E to LBR 3015(b).2, Notice of Transfer of Servicing and Claim (rev. 3/2020)
Case 24-20868    Doc# 36    Filed 07/14/25    Page 1 of 10

Dated July 14, 2025

    Respectfully Submitted,
    Millsap & Singer, LLC

    */s/ Eva Marie Kozeny*
    Cynthia M. Kern Melone, #21445
    Eva Marie Kozeny, #78328
    Adam G. Breeze, #79043
    William R. Avery, #79042
    James Eric Todd, #24297
    Pamela B. Leonard, #78248
    612 Spirit Drive
    St. Louis, MO 63005
    Telephone: (636) 537-0110
    Facsimile: (636) 537-0067
    bkty@msfirm.com

    Attorneys for AmeriHome Mortgage Company, LLC

2    MS 223015.446895

Exhibit E to LBR 3015(b).2, Notice of Transfer of Servicing and Claim (rev. 3/2020)
Case 24-20868   Doc# 36   Filed 07/14/25   Page 2 of 10

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on July 14, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a first class, postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Eva Marie Kozeny*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Ryan Michael Graham

    William H Griffin

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Jacob B. M. Jones
    594 W Loula St
    Olathe, KS 66061

3    MS 223015.446895

Exhibit E to LBR 3015(b).2, Notice of Transfer of Servicing and Claim (rev. 3/2020)
Case 24-20868   Doc# 36   Filed 07/14/25   Page 3 of 10

ServiceMac.
A First American Company
Return Service Only
PO Box 100081, Duluth, GA 30096

JACOB JONES
PO BOX 13469
OVERLAND PARK KS  66282-3469

June 11, 2025

New Loan Number:
Property Address: 594 LOULA ST W
OLATHE, KS 66061

## Notice of Servicing Transfer

The servicing of your mortgage loan has been transferred, effective June 1, 2025. This means that after this date, a New Servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Amerihome Mortgage Company, LLC was collecting your payments. Amerihome Mortgage Company, LLC will stop accepting payments received from you after May 31, 2025.

ServiceMac, LLC will collect your payments going forward. Your New Servicer will start accepting payments received from you on June 1, 2025.

Send all payments due on or after June 1, 2025 to ServiceMac, LLC at this address: PO Box 105178, Atlanta, GA 30348-5178.

If your monthly payments are being automatically withdrawn from your bank account, this service will continue.

If you have any questions for either your Previous Servicer or your New Servicer about your mortgage loan or this transfer, please contact them using the information below:

| Previous Servicer: | New Servicer: |
| --- | --- |
| Amerihome Mortgage Company, LLC | ServiceMac, LLC |
| Customer Service Department | Customer Service Department |
| (855) 5013035 | (844) 478-2622 |
| PO Box 77404, Ewing, NJ 08628 | PO Box 100077, Duluth, GA 30096 |

As of June 11, 2025, the unpaid principal balance of your mortgage loan account is $226,865.01 with an interest rate of 4.99%.

As of June 11, 2025, the required monthly payment in connection with your mortgage loan account is $2,232.01. This amount consists of a monthly principal and interest payment of $1,300.31 and a monthly escrow payment of $931.70. The next mortgage payment is due on June 1, 2025 and thereafter all subsequent mortgage loan payments will be due on the same date.

As of June 11, 2025, the escrow balance on your mortgage loan account is $975.01.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

ServiceMac, LLC

Enclosure(s): Important Legal Disclosures, State-Defined Disclosures

WL100

### Servicer Notice
ServiceMac, LLC; NMLS ID ███████; Visit NMLS Consumer Access at www.nmlsconsumeraccess.org.

### Fair Debt Collection and Bankruptcy
We may be considered to be a debt collector under certain state and federal laws. Accordingly, for the purposes of such laws, this communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. However, to the extent your original obligation has been discharged or is subject to an automatic stay under the United States Bankruptcy Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

### Notices of Errors and Requests for Information
You have certain rights under federal law related to resolving errors in the servicing of your loan or requesting information about your loan account. If you want to send a Notice of Error or a Request for Information as defined by federal law, it must be sent to our exclusive address at ServiceMac, LLC, PO Box 100078, Duluth, GA 30096-9377.

### Servicemembers Civil Relief Act
The Servicemembers Civil Relief Act may offer protection or relief to military members who have been called to active duty. If you have been called to active duty or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact Customer Service at **(844) 478-2622**.

### Americans with Disabilities Act (ADA)
Our company supports customers which require assistance due to hearing, speech or visual impairments. Specially trained relay agents will conduct the calls through TTY or verbally to hearing parties. If you are having difficulty reading this document, you may request that our Customer Care Specialists assist you by reading the letter content aloud to you in its entirety. Please contact a Customer Care Specialist on the phone number included on the front of this statement.

### Successors in Interest
A Successor in Interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact us by phone at **(844) 478-2622**, mail at ServiceMac, LLC, PO Box 100078, Duluth, GA 30096-9377, or email us at SUPPORT@SERVICEMACUSA.COM to start the confirmation process.

### HUD Counseling Information about Mortgage Counseling or Assistance
For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or
www.consumerfinance.gov/mortgagehelp

### State Disclosures
Certain state disclosures are applicable based on the state in which the secured property is located.

REPRESENTATION OF PRINTED DOCUMENT

# Fee Schedule (as of 03/07/25)

The Fee Schedule provided below is a list of fees and costs that may be incurred in connection with a mortgage loan[1]. Actual fee amounts and costs are subject to change and vary depending on the applicable state law and/or agency/insurer/investor guidelines and your loan documents. This list does not represent all possible fees and costs that may be incurred.

## Fees for Services You May Request/Miscellaneous Fees

| Type of Fee | Description | Minimum | Maximum |
|---|---|---|---|
| ACH Set Up Fee (Biweekly or Monthly)[2] | Fee to set up a reoccurring auto draft payment. A draft date for monthly ACH is only available from the 1st through the 15th of the month. | No Charge | |
| ACH Processing Fee (Biweekly or Monthly)[2] | Fee to process a reoccurring auto draft payment. | No Charge | |
| One-Time Payment Fee (Convenience Fee) | Fee to make a one-time payment via our automated phone system, website, mobile, or customer service representative. | No Charge | |
| Debit Card Payment Fee | Fee for payment made with a debit card via our automated phone system, website, mobile, or a representative. | Debit card payments are not accepted. | |
| Payment Processing Fee | Fee to process a payment. | No Charge | |
| Payoff Quote Fee – Requested by a Borrower | Fee charged to the borrower when requesting that a Payoff Quote be sent by mail, fax, or email. | No Charge | |
| Payoff Quote Fee – Requested by a Third Party | Fee that may be charged to a Third Party when requesting a Payoff Quote be sent by fax or email. | $0 | |
| Private Mortgage Insurance (PMI) Termination Request Fee | Fee to evaluate a request to terminate PMI (does not include the property valuation costs). | No Charge | $25 |
| Document or Payment History Request/Copy Fee and/or Research Fee | Fee charged for fulfilling a reasonable request for copies of documents related to the borrower's mortgage loan. | No Charge for payment history or reasonable requests; larger requests up to $100 per hour | |
| Partial Release/Land Modification Fee | Fee to process a request to release a portion of the borrower's property mortgaged as collateral. A property valuation fee may also be required as part of this process. | $0 | $250 |
| Recast Fee | Fee to process a request to modify the principal and interest payment amount using the current note and maturity date, generally following a large prepayment toward the principal. | $0 | $500 |
| Assumption Fee | Fee to process a request to change the individual(s) legally responsible for repayment of the mortgage loan. | $0 | $900 |
| Verification of Mortgage Fee | Fee charged to provide a verification of mortgage to a third party. | No Charge | |
| Subordination Fee | Fee for processing a request to subordinate an existing lien. Typically occurs when a second lien exists on the property and there is a request to refinance the first lien. | $0 | $300 |
| New York CEMA Request Fee | Fee to process a Consolidation, Extension, and Modification (CEMA) request. | $0 | $1000 |
| New York CEMA Request Cancellation Fee | Fee to process a cancellation of a Consolidation, Extension, and Modification (CEMA) request. | $0 | $250 |

---

[1] We reserve the right not to charge for certain services or charge certain fees.
[2] Biweekly draft is not available on HELOC loans.

INTERNET REPRINT

# Common Servicing and Default-Related Fees

| Type of Fee | Description | Minimum | Maximum |
|---|---|---|---|
| Late Charge | Fee assessed when a payment is received after the due date and any applicable grace period. | Up to 6% of the monthly payment | |
| Insufficient Funds Fee (NSF) | Fee assessed when a payment is rejected by the payee's financial institution. The financial institution may also assess a separate fee. | $0 | $50 |
| Prepayment Fee | Fee charged when a loan is prepaid before the maturity date. | See Loan Documents | |
| Reconveyance or Lien Release Fee | Fee charged when reconveying interest in the property from the trustee to you or releasing a lien[3]. | $0 | $100 |
| Document Recording Fee | Fee paid to a municipality for recording a document (may include documentary and other taxes assessed on the transaction) | Actual cost of recording (varies by state & county) | |
| Property Valuation – Appraisal Fee | Fee paid to a Licensed Real Estate Appraiser to provide a property valuation. | Up to $1,500[4] | |
| Property Valuation – BPO Fee | Fee paid to a Licensed Real Estate Broker to provide a broker's price opinion (BPO)/property valuation. | $0 | $200[2] |
| Title Search and Report Fee | Fee associated with obtaining a title search and report, as invoiced by an attorney, trustee, or title company. | Generally, up to $2,000 | |
| Attorney Fees and Costs | Fees and costs to compensate an attorney for services rendered involving the borrower. | Varies by claim and jurisdiction | |
| Litigation Fees and Costs | Fee and costs in connection with litigation or threatened litigation involving borrower. | Varies by claim and jurisdiction | |
| Certified Check Fee | Fee to make a payment with a certified check. | $0 | $5 |
| Foreclosure Fees and Costs | Fees and costs associated with the typical foreclosure process. | Generally, $5,000 up to $10,000[5] | |
| Bankruptcy Fees and Costs | Fees and costs associated with typical bankruptcy proceedings. | Generally, $1,500 up to $2,500 [5] | |
| Breach Letter or Registration Fee | Fee charged to send default notices or register notices sent with the state. | $0 | $75 |
| Property Preservation Costs | The typical costs associated with maintenance of vacant or abandoned properties to protect the property which may include, for example, lawn maintenance, debris removal, and winterization. | Varies by type and number of services performed, can range from $35 to $35,000 | |
| Property Photo Cost | The cost of photos to document property condition and/or that property preservation work was completed. | $0 | $35 |
| Property Inspections Fee | Fee charged for an inspection to determine if the mortgaged property is occupied or vacant and is being maintained. | $0 | $75 |
| Field Visit Fee | Fee charged if required to send a field agent to deliver a notice and determine the occupancy status of the property. | $0 | $150 |

---

[3] No fee providing a release upon full prepayment for New York properties.
[4] Cost may be higher if the property is non-conforming or located in a rural or remote location.
[5] Can exceed amounts charged based on attorneys and trustee services and other fees and costs including service of process, filing fees, publication, and posting to notify interested parties of the title services and Foreclosure or Bankruptcy proceeding.

Rev.03/07/25

# Home Equity Line of Credit (HELOC) Related Fees

The Fee Schedule provided below is a list of fees and costs that may be incurred specifically in connection with a HELOC mortgage loan[6]. Actual fee amounts and costs are subject to change and vary depending on the applicable state law and/or agency/insurer/investor guidelines and your loan documents. This list does not represent all possible fees and costs that may be incurred.

| Type of Fee | Description | Minimum | Maximum |
|---|---|---|---|
| Stop Payment Fee for a Draw Check | A stop payment order is a request to cancel a payment before it has been processed. | | Up to $30 |
| Annual Fee | Fee assessed to keep the line of credit open. | | See Loan Documents |
| Overlimit Fee | A fee may be assessed when the draw amount requested exceeds the amount of funds available. | | See Loan Documents |
| HELOC Recast Fee | Fee to process a request to modify the HELOC payment amount, generally following a large prepayment toward the outstanding balance. | | $25 |
| Early Termination Fee | Fee charged when a line of credit is terminated before the end of the draw period. | | See Loan Documents |
| Inactivity Fee | Fee charged when a line of credit is inactive for a period of time outlined within the original contract. | | See Loan Documents |
| Credit Report Costs | Fee assessed to reimburse servicer for any cost incurred by ordering a credit report as part of reviewing the account for suspension or reduction of the credit limit. | | Actual cost of the credit report |
| Collection Fees and Costs – Post Charge-off | Fees and costs associated with the typical collection process. | | Varies, based on actual fees and costs incurred to collect on the HELOC |

**Information for Debtors in Default or Bankruptcy**
We may be considered to be a debt collector under certain state and federal laws. Accordingly, for the purposes of such laws, this communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. However, to the extent your original obligation has been discharged or is subject to an automatic stay under the United States Bankruptcy Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

---

[6] We reserve the right not to charge for certain services or charge certain fees.