**Fill in this information to identify the case:**

Debtor 1: Jacob B. M. Jones

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Kansas (State)

Case number: 24-20868-rdb

Official Form 410S1

# Notice of Mortgage Payment Change                                                                 12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** AmeriHome Mortgage Company, LLC

**Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account: 8129

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2026

**New total payment:**
Principal, interest, and escrow, if any: $ 2729.20
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 931.70      New escrow payment: $ 1428.89

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
   - ☒ No
   - ☐ Yes.

   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
                         - $_____

Official Form 410S1                          Notice of Mortgage Payment Change                                 page 1

Case 24-20868   Doc#   Filed 01/30/26   Page 1 of 8

| | | |
|---|---|---|
| Debtor 1 | Jacob B. M. Jones | Case number (*if known*) 24-20868-rdb |
| | First Name   Middle Name   Last Name | |

    **Amount of next payment (including reconciliation amount)**    $_____

    **Amount of the new payment thereafter (without reconciliation amount)**    $_____

### Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Eva Marie Kozeny      Date 01/30/2026
Signature

Print: Eva Marie Kozeny, #78328      Title: Attorney for Creditor
    First Name   Middle Name   Last Name

Company: Millsap & Singer, LLC

Address: 612 Spirit Drive
    Number   Street
St. Louis, MO 63005
    City   State   ZIP Code

Contact phone: (636) 537-0110      Email: ekozeny@msfirm.com

**Representation of Printed Document**  ANNUAL ESCROW ACCOUNT 
 Page 1
DISCLOSURE STATEMENT

**AmeriHome mortgage**
A Western Alliance Bank Company
RETURN SERVICE ONLY
Please do not send mail to this address
PO BOX 100081, Duluth, GA 30096-9377

JACOB JONES
PO BOX 13469
OVERLAND PARK KS 66282-3469



| | |
|---|---|
| Customer Service: | 833-200-9604 |
| Property Tax: | 855-529-2507 |
| Property Insurance: | 833-811-3064 |

NMLS

Correspondence Address: PO Box 100077, Duluth, GA 30096-9377

www.amerihomeservicing.com

Loan Number:
Property Address: 594 W LOULA ST OLATHE KS 66061
Statement Date: 12/19/25

### Why am I receiving this statement?

You are receiving this statement because we have completed an analysis of your escrow account. Your escrow account is the account that we use to pay property costs, such as property taxes, homeowners insurance, and mortgage insurance. At least once a year, we are required to analyze your escrow account to ensure your monthly payment is sufficient to pay your escrowed property costs.

**Based on our review, you have a shortage of $4,237.01.**

**Your payment may be changing, please see the chart below for more information.**

This means that we do not expect to have sufficient funds in your escrow account over the next 12 months to pay your escrowed property costs. Don't worry, even if there aren't enough funds in your account, we will still complete these payments on your behalf. This shortage was caused by changes in your taxes, insurance, or escrow deposits. Your Escrow Account History shows the most recent transactions on your account. Your Escrow Account Projections show anticipated payments over the next 12 months.

## Your New Mortgage Payment

| | | Current Monthly Payment | New Monthly Payment beginning on 3/1/2026 |
|---|---|---|---|
| **Pay the shortage of $4,237.01 over the next 12 payments.** | Principal & Interest: | $1,300.31 | $1,300.31 |
| | Escrow Payment: | $931.70 | $1,075.81 |
| | Shortage: | $0.00 | $353.08 |
| | **Total Payment:** | **$2,232.01** | **$2,729.20*** |

*If your mortgage payments are set up on an auto-draft, we will automatically adjust your payment for you.
**If you have an adjustable rate mortgage (ARM), we will send a separate notice to you before your payment is scheduled to change.

## Shortage

We will collect your escrow shortage of $4,237.01 over the next 12 payments.

Case 24-20868   Doc#   Filed 01/30/26   Page 3 of 8

# Your Escrow Account History

The following statement displays actual activity as it occurred in your escrow account from March 2025 to February 2026.

| Month | Projected Payment to Escrow | Actual Payment to Escrow | | Description | Projected Disbursement | Actual Disbursement | | Projected Balance | Actual Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | | $2,618.14 | $262.51 | |
| Mar 25 | $808.12 | $931.70 | * | MORTGAGE INS | -$153.58 | | * | $3,272.68 | $1,194.21 | |
| Mar 25 | | | | MORTGAGE INS | | -$153.58 | * | $3,272.68 | $1,040.63 | |
| Apr 25 | $808.12 | $931.70 | * | MORTGAGE INS | -$153.58 | | * | $3,927.22 | $1,972.33 | |
| Apr 25 | | | | PROPERTY TAX | -$1,621.87 | -$1,621.86 | * | $2,305.35 | $350.47 | |
| Apr 25 | | | | MORTGAGE INS | | -$153.58 | * | $2,305.35 | $196.89 | |
| May 25 | $808.12 | $931.70 | * | MORTGAGE INS | -$153.58 | | * | $2,959.89 | $1,128.59 | |
| May 25 | | | | MORTGAGE INS | | -$153.58 | * | $2,959.89 | $975.01 | |
| Jun 25 | $808.12 | | * | MORTGAGE INS | -$153.58 | | * | $3,614.43 | $975.01 | |
| Jun 25 | | | | MORTGAGE INS | | -$153.58 | * | $3,614.43 | $821.43 | |
| Jul 25 | $808.12 | $1,863.40 | * | MORTGAGE INS | -$153.58 | | * | $4,268.97 | $2,684.83 | |
| Jul 25 | | | | MORTGAGE INS | | -$153.58 | * | $4,268.97 | $2,531.25 | |
| Aug 25 | $808.12 | $931.70 | * | MORTGAGE INS | -$153.58 | | * | $4,923.51 | $3,462.95 | |
| Aug 25 | | | | MORTGAGE INS | | -$153.58 | * | $4,923.51 | $3,309.37 | |
| Sep 25 | $808.12 | $1,745.63 | * | MORTGAGE INS | -$153.58 | | * | $5,578.05 | $5,055.00 | |
| Sep 25 | | | | MORTGAGE INS | | -$153.58 | * | $5,578.05 | $4,901.42 | |
| Oct 25 | $808.12 | $931.70 | * | MORTGAGE INS | -$153.58 | | * | $6,232.59 | $5,833.12 | |
| Oct 25 | | | | HAZARD INS | -$4,610.72 | -$7,554.48 | * | $1,621.87 | -$1,721.36 | |
| Oct 25 | | | | MORTGAGE INS | | -$153.58 | * | $1,621.87 | -$1,874.94 | |
| Nov 25 | $808.12 | $990.44 | * | MORTGAGE INS | -$153.58 | | * | $2,276.41 | -$884.50 | |
| Nov 25 | | | | MORTGAGE INS | | -$153.58 | * | $2,276.41 | -$1,038.08 | |
| Nov 25 | | | | PROPERTY TAX | | -$1,830.21 | * | $2,276.41 | -$2,868.29 | |
| Dec 25 | $808.12 | $931.70 | * | MORTGAGE INS | -$153.58 | | * | $2,930.95 | -$1,936.59 | |
| Dec 25 | | | | PROPERTY TAX | -$1,621.87 | | * | $1,309.08 | -$1,936.59 | |
| Dec 25 | | | | MORTGAGE INS | | -$153.58 | * | $1,309.08 | -$2,090.17 | |
| Jan 26 | $808.12 | $931.70 | *E | MORTGAGE INS | -$153.58 | -$153.58 | E | $1,963.62 | -$1,312.05 | E |
| Feb 26 | $808.12 | $931.70 | *E | MORTGAGE INS | -$153.58 | -$153.58 | E | $2,618.16 | -$533.93 | E |

Account balance as of February 2026: -$533.93

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
**An 'E' indicates anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

During the history period of March 2025 to February 2026

| | |
|---|---|
| Total Escrow Payments Received: | $12,053.07 |
| Total Escrow Disbursements: | -$12,849.51 |
| Interest on Escrow Deposited to your Account: | $0.00 |

Internet Reprint

# Your Escrow Account Projections

**Projected Escrow Summary**

|  | Anticipated Annual Disbursement |  |  |  | New Monthly Escrow Payment |
|---|---|---|---|---|---|
| Mortgage Insurance*: | $1,842.96 | ÷ | 12 | = | $153.58 |
| Property Tax*: | $3,660.42 | ÷ | 12 | = | $305.04 |
| Hazard Insurance*: | $7,406.26 | ÷ | 12 | = | $617.19 |
| Total: | $12,909.64 | ÷ | 12 | = | $1,075.80 |

*These amounts are based on escrow items we expect to pay during the upcoming escrow computation period. If the new escrow payment shown above does not match the escrow payment amount on page 1, this discrepancy may be due to disbursements expected to occur outside the specified computation date ranges.

The following summary shows projected activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Month | Monthly Escrow Payment | Amount Estimated to be Paid | Description | Projected Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
|  |  |  | Beginning Balance | -$533.93 | $3,703.08 |
| Mar 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $388.30 | $4,625.31 |
| Apr 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $1,310.53 | $5,547.54 |
| Apr 26 |  | -$1,830.21 | PROPERTY TAX | -$519.68 | $3,717.33 |
| May 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $402.55 | $4,639.56 |
| Jun 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $1,324.78 | $5,561.79 |
| Jul 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $2,247.01 | $6,484.02 |
| Aug 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $3,169.24 | $7,406.25 |
| Sep 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $4,091.47 | $8,328.48 |
| Oct 26 | $1,075.81 | -$153.58 | MORTGAGE INS | $5,013.70 | $9,250.71 |
| **Oct 26** |  | **-$7,406.26** | **HAZARD INS** | **-$2,392.56** | **$1,844.45** |
| Nov 26 | $1,075.81 | -$153.58 | MORTGAGE INS | -$1,470.33 | $2,766.68 |
| Dec 26 | $1,075.81 | -$153.58 | MORTGAGE INS | -$548.10 | $3,688.91 |
| Dec 26 |  | -$1,830.21 | PROPERTY TAX | -$2,378.31 | $1,858.70 |
| Jan 27 | $1,075.81 | -$153.58 | MORTGAGE INS | -$1,456.08 | $2,780.93 |
| Feb 27 | $1,075.81 | -$153.58 | MORTGAGE INS | -$533.85 | $3,703.16 |

Here is how we calculated your shortage based on the highlighted line above:

|  |  |  |
|---|---|---|
|  | Projected Low Balance | -$2,392.56 |
| - | Required Minimum Balance | $1,844.45 |
| = | Shortage Amount | -$4,237.01 |

Your required minimum balance for the next 12 months is $1,844.45, which equals a reserve of 2 month escrow deposit. Federal law allows us to include a minimum balance cash reserve to help cover any increases in your property costs. In order to reach this low point, your required escrow balance after your February payment should be $3,703.08, while your actual escrow balance is estimated to be -$533.93. The difference, $4,237.01, represents an escrow shortage and will be spread over the next 12 payments unless your shortage is paid in full.

Please remember, as your taxes and/or insurance change, the escrow portion of your payment may change. If you have any questions about this Escrow Analysis, please call our Customer Service Department toll free at 833-200-9604.

## Additional Information

**Servicer Notice**
ServiceMac, LLC (NMLS ▇▇▇▇) provides certain mortgage servicing functions and services on behalf of AmeriHome Mortgage Company, LLC, (NMLS ▇▇▇▇) For more information regarding ServiceMac, LLC, including licensing and other legal information, please visit www.myservicemac.com. Visit NMLS Consumer Access at www.nmlsconsumeraccess.org.

The Servicemembers Civil Relief Act may offer protection or relief to military members who have been called to active duty. If either you have been called to active duty or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact Customer Service at 833-200-9604.

**HUD Counseling Notice**
For help exploring options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at www.consumerfinance.gov/find-a-housing-counselor or obtain no-cost assistance by contacting the Department of Housing and Urban Development at www.hudgov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**ACH Debit Borrowers**
You have previously authorized AmeriHome Mortgage Company, LLC to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. AmeriHome Mortgage Company, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by AmeriHome Mortgage Company, LLC, at least three (3) business days prior to your next scheduled debit.

We may be considered to be a debt collector under certain state and federal laws. Accordingly, for the purposes of such laws, this communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. However, to the extent your original obligation has been discharged or is subject to an automatic stay under the United States Bankruptcy Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

Certain state disclosures are applicable based on the state in which the secured property is located.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| In The Matter Of: | ) |
| | ) Case Number 24-20868-rdb |
| Jacob B. M. Jones | ) |
| | ) |
| | ) Chapter 13 |
| | ) |
| Debtor, | ) |
| | ) |
| AmeriHome Mortgage Company, LLC | ) |
| | ) |
| Creditor, | ) |
| | ) |

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on January 30, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a first class, postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Eva Marie Kozeny*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Ryan Michael Graham

    William H Griffin

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Jacob B. M. Jones
    594 W Loula St
    Olathe, KS 66061